Telvision Laboratories, Inc., an Illinois Corporation, et al., Appellees, v. Walter A. Schwalm and Ruth E. Schwalm, Appellants.

Walter A. Schwalm and Ruth E. Schwalm, Individually and as Shareholders of Telvision Laboratories, Inc., an Illinois Corporation, Appellants, v. Telvision Laboratories, Inc., an Illinois Corporation, et al., Appellees.

Gen. No. 11,346.

Second District, Second Division.

February 28, 1961.

Rehearing denied March 24, 1961.

Willard J. Lassers, of Chicago, and Hall, Meyer, VanDeusen, Holmberg & Snook, of Waukegan, for appellants; Holton, Tews & Abbey, and Bell, Boyd, Marshall & Lloyd, of Chicago, and Howard A. McKee, of Wauconda, for appellees. Opinion PER CURIAM. Not to be published in full.